7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Matthew Thomas Adams
*Debtor*

*Bankruptcy Case No.*
12–61617–abf7

**Charles Willard**
    Plaintiff(s)

*Adversary Case No.*
12–06063–abf

v.

**Matthew Thomas Adams**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: In Accordance with the Consent Judgment(Doc. No. 11), entered by the Court on 7/12/2013, Judgment is entered in favor of Plaintiff Charles Willard, and against Defendant Matthew Thomas Adams in the sum of $20,000.00.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 7/12/13

Court to serve